IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY MCCALL, individually, and as parent and next friend of J.M., a minor, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 2:21cv147-MHT (WO) |
| DAVIS HOME & DEVELOPMENT, LLC, d/b/a Cliff Davis Home Center; et al., | ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that:

(1) The motion to compel non-binding mediation and binding arbitration (Doc. 4), which is unopposed, is granted.

(2) This case is stayed pending mediation and arbitration of all claims alleged in plaintiff's complaint (doc. 1-1) pursuant to the terms of the limited warranty (Doc. 4-3) and multiparty arbitration agreement (Doc. 4-2).

(3) On or before the second Monday in January and July of each year starting in 2022, counsel for the parties are to file a report as to the status of the arbitration proceedings.

The clerk of court is DIRECTED to close this matter administratively until further notice of the court.

DONE, this the 30th day of June, 2021.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**