IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY MCCALL, individually, and as parent and next friend of J.M., a minor, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:21cv147-MHT (WO) |
| DAVIS HOME & DEVELOPMENT, LLC, d/b/a Cliff Davis Home Center; et al., | ) ) ) ) | |
| Defendants. | ) | |

**FINAL ORDER**

The parties, by and through their counsel of record, having filed with the court a joint notice of dismissal (Doc. 22) pursuant to Rule 41(a) of the Federal Rules of Civil Procedure for the dismissal with prejudice of all claims, counterclaims, cross-claims, third-party claims, and any and all other claims or causes of action in the above-styled cause, and it appearing to the court that dismissal is appropriate

under Rule 41(a), and there being no just reason for delay in the entry of this order;

It is therefore ORDERED, ADJUDGED, AND DECREED that and any and all claims, counterclaims, cross-claims, third-party claims, and any and all other claims or causes of action maintained or made by the parties are hereby dismissed with prejudice, and this case in its entirety is hereby dismissed with prejudice, with each party to bear his or its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rules 54(b) and 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of March, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE